EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Colegio de Abogados de Puerto Rico<br><br>    Querellante<br><br>        v.<br><br>Nelanis García Salcedo<br><br>    Querellada | 2010 TSPR 93<br><br>179 DPR ____ |

Número del Caso: TS-13402


Fecha: 4 de junio de 2010


Colegio de Abogados de Puerto Rico:

        Lcdo. Israel Pacheco Acevedo


Materia: Conducta Profesional
        (La Suspensión será efectiva el 16 de junio de 2010,
         Fecha en que se le notificó a la abogada de su
         suspensión Inmediata de la Notaría)


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Colegio de Abogados de
Puerto Rico

    Querellante

      v.

Nelanis García Salcedo            TS-13402

    Querellada

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de junio de 2010.

El 8 de marzo de 2010 emitimos una orden para que la licenciada Nelanis García Salcedo mostrara causa por la cual no deberíamos suspender del ejercicio de la notaría, por tener al descubierto la fianza notarial. La notario no compareció. Por consiguiente, procedemos según intimado. Se suspende indefinidamente y de inmediato a la querellada Nelanis García Salcedo, del ejercicio de la notaría.

El Alguacil de este Tribunal procederá a incautarse de la obra y sello notarial de la abogada suspendida, debiendo entregar los mismos a la Directora de la Oficina de Inspección de Notarías para el correspondiente investigación e informe a este Tribunal.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo